# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| In re:<br><br>Teresa Yvonne Langoussis,<br><br>a/k/a Teresa Yvonne Balberchak,<br><br>    Debtor.<br>U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br><br>    Movant,<br><br>      v.<br><br>Teresa Yvonne Langoussis,<br><br>a/k/a Teresa Yvonne Balberchak,<br><br>    Debtor/Respondent,<br>Scott F. Waterman, Esquire,<br><br>    Trustee/Additional Respondent. | Bankruptcy No. 24-12320-pmm<br><br>Chapter 13 |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, this 13th day of March, 2025, upon consideration of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and this court's finding that the collateral property is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to U.S. BANK TRUST NATIONAL

24-11010-pmm
24-199864
MFR

ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, and it is further

ORDERED, that U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 478 E. Main St., Kutztown, PA 19530 including without limitation, a Sheriff Sale of the collateral property, and it is further

~~ORDERED, that U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.~~

BY THE COURT:

**Date: March 13, 2025**

*Patricia M. Mayer*
_____
Patricia M. Mayer
U.S. Bankruptcy Court Judge